UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| ARTHUR ADAMS, | ) | |
|---|---|---|
| | ) | |
| Petitioner | ) | |
| v. | ) | No.   2:05-cr-00008-GZS |
| | ) | 2:16-cv-00320-GZS |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 69) filed March 16, 2017, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** as follows:

(1) That an evidentiary hearing is not warranted under Rule 8 of the Rules Governing §2255 cases;

(2) It is **ORDERED** that Petitioner's Motion for Habeas Relief under 28 U.S.C. §2255 (ECF No. 57) is **DENIED;**

(3) It is **ORDERED** that a certificate of appealability shall be **DENIED** pursuant to Rule 11 of the Rules Governing §2255 cases.

 /s/ George Z. Singal
 United States District Judge

Dated this 13th day of April, 2017.